| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| William D Deutchman, Collection Agent for BK Trustee<br>28650 Fairmount Blvd.<br>Cleveland, Ohio, 44124-4538<br>216-621-1120 | 2012 FEB 10 AM 9: 15 |

**UNITED STATES BANKRUPTCY COURT**
**Western District of Pennsylvania**

| In re:<br><br>Joseph M. Gentile<br><br><br><br>                                                      Debtor. | CASE NUMBER<br>05-39264-TPA<br>HEARING DATE:<br>TIME:<br>PLACE: |
|---|---|

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 3,290.84 _____ which is the sum of all monies deposited with the court on the following date(s) 09/27/2010 _____
on behalf of the creditor: UM Capital, LLC _____

2. Please check and complete the applicable subparagraph(s) below:

   ☐ a. I am the creditor named in paragraph 1.

   ☒ b. I am an employee of the creditor named in paragraph 1 and my title is Collection Agent for BK Trustee.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor. (see attached court order of appointment)

   ☐ c. I am the creditor and have appointed _____
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   _____
   _____
   _____
   _____

(Continued on next page)

Motion for Order Releasing Unclaimed Funds - *Page 2*       F 3011-1

| In re  Joseph M. Gentile | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 05-39264-TPA |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   William D Deutchman, Collection Agent for Alfred T. Giuliano, Trustee in Bankruptcy for

   UM Capital LLC aka UML/UM Capital, LLC and UMLI/UM Capital, LLC, Case 09-10601 in Delaware

   28650 Fairmount Blvd. Cleveland, Ohio 44124-4538

   (see attached court order)

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   A Proof of Claim was filed by UM Capital, LLC, prior to its bankruptcy - FEIN 20-3513527

   Case 09-10601 in the United States Bankruptcy Court in the District of Delaware

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 4*  **F 3011-1**

| In re | Joseph M. Gentile | CHAPTER 13 |
|---|---|---|
| | Debtor. | CASE NUMBER 05-39264-TPA |

*William D Deutchman* (signature)

Signature of Attorney/Attorney-in-Fact (if appointed)

**William D Deutchman, Collection Agent for BK Trustee**
Type or Print Name

28650 Fairmount Blvd.
Address

Cleveland, Ohio 44124-4538

216-621-1120    wddcpa1@aol.com

STATE OF Ohio, COUNTY OF Cuyahoga

On February 07, 2012 before me, personally appeared *(insert name and title of the signer)* William D. Deutchman, Court Appointed Collection Agent for Bankruptcy Trustee

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

*Nasha Robinson* (signature)
Notary Public

(SEAL)

NASHA ROBINSON
Notary Public, State of Ohio
My Commission Expires Oct. 01, 2012

My commission expires on October 01, 2012

Presented by:

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UM CAPITAL, LLC.,<br><br>Debtor, | Case No. 09-10601-CSS<br>Chapter 7<br><br>Hearing Date: February 1,, 2012 at 11:45 a.m.<br>Objection Date: January 26,, 2012 at 4:00 p.m. |

### ORDER APPROVING RETENTION OF WILLIAM D. DEUTCHMAN, CPA AS COLLECTION AGENT TO THE CHAPTER 7 TRUSTEE *NUNC PRO TUNC* TO DECEMBER 6, 2011

Upon the Application (the "Application") of Alfred T. Giuliano, (the "Trustee"), the Chapter 7 Trustee for the estate of UM Capital, LLC (the "Debtor"), for entry of an Order, pursuant to Sections 327(a) and 328 of ..apter 7 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Trustee to employ William D. Deutchman, CPA ("Deutchman") as his collection agent, and upon the Affidavit of William D. Deutchman, CPA annexed thereto, and it appearing that proper notice of the Application has been given and that no further notice or hearing is required, and the Court being satisfied based on the representations made in the Application and Affidavit that (i) Deutchman represents no interest adverse to the Debtors' estate, creditors or parties in interest, (ii) Deutchman is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, and (iii) the employment of Deutchman is necessary and would be in the best interest of the Trustee and the Debtors' estate, and after due deliberation, and sufficient cause appearing therefore, it is

ORDERED THAT:

1. In accordance with Sections 327(a) and 328 of the Bankruptcy Code, the Trustee be, and hereby is, authorized and empowered to retain William D. Deutchman, CPA as Collection Agent to the Trustee to present the Trustee in this case under Chapter 7 of the Bankruptcy Code nunc pro tunc to December 6, 2011.

2. Deutchman may be paid compensation by the Trustee in accordance with the terms of the Fee Agreement from amounts recovered by Deutchman without the requirement of filing fee.

Dated: 1/30/12

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
**UNITED STATES BANKRUPTCY JUDGE**

CLAC 1707946.1

2

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:     1. *Intake Clerk* *

       2. *Case Administrator*

FROM:   *Financial Administrator*

UC

DATE: 9.27.10

CASE NAME: Gentile

CASE NUMBER: 05-39264

Check Number 704019 in the amount of $ 3206.84 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 1148

Intake Clerk's Initials: DRB

---

\*     *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

*#4b-F*

FILED SEP 27 P12:35

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

RONDA J. WINNECOUR, STANDING TRUSTEE
U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470

09/22/2010

| | | |
|---|---|---|
| John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA 15219 | OR | John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: JOSEPH M. GENTILE

Case No: 05-39264A

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Um Capital Llc/Umlic++
Pob 601012
Charlotte, NC 28260-1012

CHECK NUMBER 704019    AMOUNT $3290.84

The disbursement(s) was returned to the Trustee for the following reason:

CREDITOR IS ON GLOBAL RESERVE

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Little
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: JASON MAZZEI ESQ
JOSEPH M. GENTILE

Um Capital Llc/Umlic++

Motion for Order Releasing Unclaimed Funds - Page 5     **F 3011-1**

| In re Joseph M. Gentile | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 05-39264-TPA |

# PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on __02/07/2012__
I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Ronda J. Winnecour, Esq.
Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219

__02-07-2012__
Date

*Signature*

William D Deutchman
*Type or Print Name*